THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-024-JLR |
| Plaintiff, | |
| v. | ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JAMES HENDRIX, | |
| Defendant. | |

THIS COURT has reviewed the parties' stipulated motion to continue the pretrial motions deadline and all the records in this case.

IT IS NOW ORDERED that the due date for pretrial motions is extended from February 27, 2019, to April 1, 2019.

DATED this 27th day of Feb. 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Chloe Akers
Assistant Federal Public Defender
Attorney for James Hendrix

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*James Hendrix*, CR19-024-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100