THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-024-JLR |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION TO SEAL ~~(PROPOSED)~~ |
| JAMES J. HENDRIX, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the undersigned on the motion of defendant, James J. Hendrix, to file the Motion for Competency Examination and Declaration of Counsel under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Motion for Competency Examination and Declaration of Counsel under seal.

DATED this 6th day of June, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Chloe Akers*
Assistant Federal Public Defender
Attorney for James J. Hendrix

ORDER GRANTING MOTION TO SEAL
(*James Hendrix*, CR19-024-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100