UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES J. HENDRIX,<br><br>Defendant. | NO. CR19-024 JLR<br><br>[PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Response to Defendant's Motion for Competency Examination and Hearing, shall remain sealed.

DATED this \_10th\_ day of June, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Catherine L. Crisham
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal
U.S. v. James J. Hendrix, CR19-024 JLR - 1