The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

JAMES J. HENDRIX,

Defendant.

NO. CR19-024 JLR

[PROPOSED] ORDER TO SEAL

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Stipulated Motion Regarding Timeline for Competency Evaluation and Completed Report, shall remain sealed.

DATED this 31ST day of July, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970