THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JAMES J. HENDRIX,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CR19-024JLR

ORDER GRANTING DEFENSE MOTION
TO FILE OVERLENGTH REPLY BRIEFS

~~(PROPOSED)~~ ʃuʳ

10
11
12
13
14

15    Upon the motion of the Defense to file Over-length Reply Briefs in excess of the six-

16  page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court

17  for the Western District of Washington,

18    IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file

19  a consolidated reply brief as to its motion to sever counts 2-4 from counts 6 and seven, and

20  motion to exclude evidence, dkt. 109, not to exceed eight pages.

21    IT IS FURTHER ORDERED that leave of court is hereby granted for the defendant to

22  file a reply brief as to its motion to limit the testimony of SPD Latent Print Examiner, dkt. 98,

23  not to exceed eight pages.

24  ///

25  ///

26  ///

(PROPOSED) ORDER FOR LEAVE TO FILE
OVERLENGTH REPLY BRIEFS
(*James J. Hendrix*; CR19-024JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**

1    IT IS SO ORDERED.

2    DONE this 4ᵘ day of December, 2019.

3

4                                          JUDGE JAMES L. ROBART
                                           UNITED STATES DISTRICT COURT
5

6
     Presented by:
7
     s/ Jennifer Wellman
8    s/ Mohammad Ali Hamoudi
     Assistant Federal Public Defenders
9    Attorneys for James J. Hendrix

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     (PROPOSED) ORDER FOR LEAVE TO FILE                    **FEDERAL PUBLIC DEFENDER**
     OVERLENGTH REPLY BRIEFS                               **1601 Fifth Avenue, Suite 700**
     (*James J. Hendrix*; CR19-024JLR) - 2                     **Seattle, WA  98101**
                                                              **(206) 553-1100**