The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. HENDRIX,<br><br>Defendant. | NO. CR19-024 JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING UNITED STATES' MOTION TO FILE REPLY TO MOTION TO EXCLUDE EXPERT TESTIMONY OF SIMON COLE |

The Court having reviewed the Government's Motion for Leave to File a Reply, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Reply to its Motion to Exclude Expert Testimony of Simon Cole.

DATED this __15th__ day of December, 2019.

JAMES L. ROBART
United States District Judge

/s/ *Jessica M. Manca*
Assistant United States Attorney

Order Granting Leave to File Reply
(UNITED STATES v. HENDRIX/CR19-024 JLR) - 1