The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. HENDRIX, <br><br> Defendant. | NO. CR19-024 JLR <br><br> (PROPOSED) ORDER GRANTING UNITED STATES' MOTION TO FILE RESPONSE TO DEFENDANT'S MOTION TO ALERT COURT AND SEEK RULING ON ADMISSIBILITY |

The Court having reviewed the Government's Motion for Leave to File a Response in Opposition to the Defendant's Motion to Alert Court and Seek Ruling on Admissibility of Tolman Convictions (Docket No. 165), enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Response in Opposition to .

DATED this 16th day of December, 2019.

_____
JAMES L. ROBART
United States District Judge

/s/ *Catherine L. Crisham*
Assistant United States Attorney

Order Granting Leave to File Reply
(UNITED STATES v. HENDRIX/CR19-024 JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970