UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. HENDRIX, <br><br> Defendant. | CASE NO. CR19-0024JLR <br><br> ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL |

Pending before the court is the oral motion for judgment of acquittal under Federal Rule of Criminal Procedure 29 made by Defendant James J. Hendrix during trial. (*See* 12/19/19 Minute Entry (Dkt. # 185).) The court DENIES Mr. Hendrix's oral motion for a judgment of acquittal.

Dated this 6th day of January, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 1