UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. HENDRIX,<br><br>Defendant. | CASE NO. CR19-0024JLR<br><br>ORDER |

On January 10, 2020, plaintiff the United States of America (the "Government") filed a "Notice Regarding Retrial" that informed the court that the Government intended to retry Defendant James J. Hendrix on Counts 2-4 and 6-7 of the superseding indictment. (*See* Not. (Dkt. # 212) at 1; Sup. Ind. (Dkt. # 69).) Shortly after the Government filed its notice on January 10, 2020, Mr. Hendrix's counsel notified court personnel that Mr. Hendrix intends to file a response to the issues raised in the Government's notice. The court has tentatively scheduled the retrial to commence on February 4, 2020. Accordingly, the court DIRECTS Mr. Hendrix to file his response to the Government's

notice by **Thursday, January 16, 2020 at 12:00 p.m.** Mr. Hendrix's response, if any, is limited to 10 pages. If Mr. Hendrix files a response, the Government may file a reply by **Friday, January 17, 2020 at 5:00 p.m.** The Government's reply, if any, is limited to 5 pages.

Dated this 13th day of January, 2020.

JAMES L. ROBART
United States District Judge