THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-024JLR |
| Plaintiff, | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH BRIEF |
| v. | ~~(PROPOSED)~~ |
| JAMES J. HENDRIX, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Motion in excess of the Court's Order. Dkt. 213.

IT IS HEREBY ORDERED that leave of court is granted for the defendant to file its Motion to Dismiss.

IT IS SO ORDERED.

DONE this 16th day of January, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Jennifer Wellman*
Assistant Federal Public Defenders
Attorneys for James J. Hendrix

ORDER GRANTING DEFENSE MOTION
TO FILE OVERLENGTH BRIEF
(*James J. Hendrix*; CR19-024JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100