THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-024JLR |
|---|---|
| Plaintiff, | ) ORDER GRANTING DEFENSE MOTION |
| | ) TO FILE SURREPLY |
| v. | ) |
| | ) ~~(PROPOSED)~~ |
| JAMES J. HENDRIX, | ) |
| Defendant. | ) |

The defense has filed a motion seeking this Court's permission to file a surreply.

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file the surreply for the reasons set out in his motion.

IT IS SO ORDERED.

DONE this 21st day of January, 2020.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Jennifer Wellman*
Assistant Federal Public Defenders
Attorneys for James J. Hendrix

(PROPOSED) ORDER GRANTING DEFENSE MOTION
TO FILE SURREPLY
(*James J. Hendrix*; CR19-024JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100