UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0024JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES J. HENDRIX, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant James J. Hendrix's motion for stay of sentencing (Mot. (Dkt. # 238)) and memorandum filed in support of the motion to stay (Mem. (Dkt. # 246)). The memorandum states that Mr. Hendrix's counsel "does not believe that there are any constitutional or statutory rights to a speedy sentencing." (*See id.* at 6.) The court disagrees. Federal Rule of Criminal Procedure 32(b)(1) states that "[t]he court must impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Moreover, the

United States Supreme Court has recently noted that "[f]or inordinate delay in sentencing, although the Speedy Trial Clause does not govern, a defendant may have other recourse, including, in appropriate circumstances, tailored relief under the Due Process Clauses of the Fifth and Fourteenth Amendments." *Betterman v. Montana*, --- U.S. ---, 136 S. Ct. 1609, 1612 (2016).

Mr. Hendrix's memorandum states that Mr. Hendrix is willing to waive any statutory or constitutional rights to timely sentencing "to the extent the Court believes it warranted." (*See* Mem. at 6.) The court believes that such a waiver is warranted to ensure that Mr. Hendrix is aware that his request for a stay could impact his due process rights and his rights under Federal Rule of Criminal Procedure 32. Thus, if Mr. Hendrix remains willing to waive any rights to timely sentencing that he has under the Due Process Clauses of the Fifth and Fourteenth Amendments or under Federal Rule of Criminal Procedure 32, he may do so by filing a waiver on the docket in this matter by Friday, February 28, 2020. The court DEFERS ruling on Mr. Hendrix's pending motion to stay until the court receives a waiver from Mr. Hendrix or until the expiration of the court's February 28, 2020, deadline for Mr. Hendrix to file a waiver.

Filed and entered this 18th day of February, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk