UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. HENDRIX,<br><br>Defendant. | CASE NO. CR19-0024JLR<br><br>ORDER GRANTING UNOPPOSED CONTINUANCE OF SENTENCING PENDING INTERLOCUTORY APPEAL AND RETRIAL, IF ANY |

THIS MATTER comes before the Court on the unopposed request to continue the sentencing hearing pending the interlocutory appeal and retrial thereafter (Dkt. # 238). The Court, having reviewed the pleadings of the parties and the records and files herein, finds good cause to continue the sentencing hearing. Accordingly, the Court GRANTS the defendant's motion and ORDERS the sentencing hearing continued. The court sets a

//
//
//

ORDER - 1

status conference in this matter 60 days after the Ninth Circuit issues the mandate on Mr. Hendrix's interlocutory appeal in order to discuss scheduling for the potential retrial and sentencing.

Dated this 26th day of February, 2020.

JAMES L. ROBART
United States District Judge