THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-0024-JLR |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER GRANTING MOTION FOR TEMPORARY RELEASE |
| JAMES J. HENDRIX, | ) ) ) | |
| Defendant. | ) | |

The Court has reviewed the defense Motion for Temporary Release, the Stipulation to Shorten Time, the responses of the parties and the records and files therein.

The Court now ORDERS:

1. Mr. Hendrix should be released from FDC SeaTac on September 4, 2020, at 8:00 a.m. to the custody of his sister, Jonnelle Michele Hendrix; and

2. During his temporary release, Mr. Hendrix shall be allowed to attend his mother's funeral at Edmonds Memorial cemetery with a family reception to follow at 2005 Davis Avenue South in Renton. Mr. Hendrix shall either be in transit to or from the cemetery and reception, and at all times be in the company of his sister, Jonnelle Michele Hendrix; and

3. Ms. Hendrix will return Mr. Hendrix to FDC SeaTac no later than 4:00 p.m. on September 4, 2020.

//

//

ORDER GRANTING MOTION
FOR TEMPORARY RELEASE
(*James J. Hendrix*, CR19-0024-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

4. Mr. Hendrix will be subject to the FDC's policies regarding return from temporary release.

Dated this 3rd day of September, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Presented by,

s/ *Mohammad Ali Hamoudi*
s/ *Jennifer Wellman*
Assistant Federal Public Defenders
Attorneys for James J. Hendrix

ORDER GRANTING MOTION
FOR TEMPORARY RELEASE
(*James J. Hendrix*, CR19-0024-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**